UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In Re *Ex Parte* Application of SAAD KHALID S. ALJABRI,<br><br>Applicant,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in a Foreign Proceeding | Case No. _____ |

### *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR THE ISSUANCE OF SUBPOENAS TO CERTAIN FORMER U.S. GOVERNMENT OFFICIALS FOR USE IN A FOREIGN PROCEEDING

Applicant Dr. Saad Khalid S. Aljabri ("Dr. Saad"), by and through his undersigned counsel, respectfully submits this application to take discovery pursuant to 28 U.S.C. § 1782 (the "Application"). This Application seeks entry of an order, in a form identical or similar to the proposed order attached to this Application, granting Dr. Saad leave to serve subpoenas pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure on certain former U.S. government officials (the "U.S. Witnesses") for use in a civil suit against Dr. Saad in the Ontario Superior Court of Justice in Canada.[1] Dr. Saad's Application is accompanied by a Memorandum of Law; the Declaration of Jason P. Hipp, dated October 27, 2025, and accompanying Exhibit; and the Declaration of John Adair, dated October 27, 2025.

---

[1] As explained in the accompanying Declaration of Jason P. Hipp, the U.S. Department of Justice has instructed Dr. Saad not to identify the U.S. Witnesses in this Application.

1

Dated: October 27, 2025

Respectfully submitted,

By: */s/ Jan A. Larson*

    Jan A. Larson (VSB #76959)
    Jenner & Block LLP
    515 S. Flower Street
    Suite 3300
    Los Angeles, CA 90071
    213-239-2273
    janlarson@jenner.com

    Lindsay Harrison (*pro hac vice* forthcoming)
    Jenner & Block LLP
    1099 New York Avenue, N.W.
    Suite 900
    Washington, DC  20001
    202-639-6865
    lharrison@jenner.com

    Jason P. Hipp (*pro hac vice* forthcoming)
    Jenner & Block LLP
    1155 Avenue of the Americas
    New York, NY 10036
    212-407-1784
    jhipp@jenner.com

    *Counsel for Applicant Dr. Saad Khalid S. Aljabri*