UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In Re *Ex Parte* Application of SAAD KHALID S. AL JABRI,<br><br>Applicant,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in a Foreign Proceeding | Case No. _____ |

**DECLARATION OF JASON P. HIPP IN SUPPORT OF
DR. SAAD ALJABRI'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT
TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

I, JASON P. HIPP, declare as follows:

1. My name is Jason P. Hipp. I am an attorney at law and a partner at the law firm Jenner & Block LLP ("Jenner"). I have been admitted to the Bar of New York since 2014.

2. I make this declaration in support of the application of Dr. Saad Khalid S. Aljabri ("Dr. Saad") pursuant to Section 1782 to take discovery from certain former U.S. government officials (the "U.S. Witnesses") for use in a civil action pending in the courts of Ontario, Canada. *See Sakab Saudi Holding Co. v. Saad Khalid S Al Jabri*, No. CV-21-00655418-00CL (Ontario Sup. Ct. (Commercial List)) (the "Canadian Action").

3. Dr. Saad has brought this Section 1782 petition to obtain the Court's assistance in securing testimony for his upcoming trial in the Canadian Action, which is scheduled for April 2026.

4. In July 2025, following the Canadian court's order authorizing Dr. Saad to take the testimony he seeks by this application, my law firm was contacted by attorneys from the

1

Federal Programs Branch of the Civil Division of the United States Department of Justice. When counsel for Dr. Saad informed the Department of Justice as a courtesy that he intended to file the instant Section 1782 application, the Department of Justice communicated that it would review those filings and recommended that Dr. Saad "hold on filing" pending that review. After reviewing a courtesy copy of the draft application, the Department of Justice informed us by letter that it "believe[s] the information" Dr. Saad seeks from the U.S. Witnesses "is subject to a previously asserted state secrets privilege that has been fully litigated and affirmed by the First Circuit in *Sakab Saudi Holding Co. v. Aljabri*, 58 F.4th 585 (1st Cir. 2023)." Ex. A (Aug. 21, 2025 Letter from Alexander K. Haas).

5. Citing national security concerns, the Department of Justice asked counsel for Dr. Saad to remove information from his draft papers including the identities of the U.S. Witnesses, key pleadings in the Canadian action, and the Ontario court's order authorizing the four former U.S. security officials' testimony.[1] As a result, Dr. Saad has not included this information in the instant application.

6. Each of the U.S. Witnesses either resides in Fairfax County, which is within the Eastern District of Virginia, or may be found in this District by means of service here.

---

[1] Endorsement, *Sakab Saudi Holding Co. v. Al Jabri*, 2025 ONSC 2524 (Apr. 25, 2025); Order and Letters of Request, *Sakab Saudi Holding Company v. Al Jabri* (July 23, 2025); Amended Second Fresh as Amended Statement of Claim, *Sakab Saudi Holding Company v. Al Jabri* (Nov. 18, 2022); Amended Statement of Defence, *Sakab Saudi Holding Company v. Al Jabri* (Dec. 16, 2022); Affidavit of Dr. Saad, *Sakab Saudi Holding Company v. Al Jabri* (June 30, 2021).

3

\*\*\*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York

This 27 day of October, 2025.

By: _____
Jason P. Hipp