IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:25-mc-0022, Case Name In Re Ex Parte Application of SAAD KHALID S. ALJABRI, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in a Foreign Proceeding

Party Represented by Applicant: Dr. Saad Khalid S. Aljabri

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Lindsay Harrison
Bar Identification Number 977407        State District of Columbia
Firm Name Jenner & Block LLP
Firm Phone # (202) 639-6000    Direct Dial # (202) 639-6865    FAX # (202) 639-6066
E-Mail Address LHarrison@jenner.com
Office **Mailing** Address 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412

Name(s) of federal district court(s) in which I have been admitted See attached list

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Lindsay Harrison
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Jan Larson                    10/27/2025
(Signature)                       (Date)
Jan Larson                        76959
(Typed or Printed Name)           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____        _____
(Judge's Signature)                    (Date)

**Court Admissions**

US Court of Appeals, DC Circuit (2017)
US Court of Appeals, Eighth Circuit (2012)
US Court of Appeals, Fifth Circuit (2009)
US Court of Appeals, First Circuit (2018)
US Court of Appeals, Fourth Circuit (2008)
US Court of Appeals, Ninth Circuit(2013)
US Court of Appeals, Second Circuit (2014)
US Court of Appeals, Seventh Circuit (2014)
US Court of Appeals, Sixth Circuit (2009)
US Court of Appeals, Third Circuit (2020)
US District Court, Central District of California (2020)
US District Court, District of Colorado (2025)
US District Court, District of Columbia (2012)
US District Court, District of Maryland (2020)
US Supreme Court (2008)