IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number __1:25-mc-0022__, Case Name __In Re Ex Parte Application of SAAD KHALID S. ALJABRI, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in a Foreign Proceeding__

Party Represented by Applicant: __Dr. Saad Khalid S. Aljabri__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Jason Hipp__
Bar Identification Number __5232277__   State __New York__
Firm Name __Jenner & Block LLP__
Firm Phone # __(212) 891-1600__   Direct Dial # __(212) 407-1784__   FAX # __(212) 891-1699__
E-Mail Address __JHipp@jenner.com__
Office **Mailing** Address __1155 Avenue of the Americas, New York, NY 10036-2711__

Name(s) of federal district court(s) in which I have been admitted __See attached list__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/ Jason P. Hipp__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Jan Larson__   __10/27/2025__
(Signature)   (Date)
__Jan Larson__   __76959__
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____   _____
(Judge's Signature)   (Date)

**Court Admissions**

US Court of Appeals, DC Circuit (2022)
US Court of Appeals, Eleventh Circuit (2021)
US Court of Appeals, Fourth Circuit (2025)
US Court of Appeals, Second Circuit (2022)
US Court of Appeals, Seventh Circuit (2018)
US District Court, District of Columbia (2021)
US District Court, Eastern District of New York (2025)
US District Court, Northern District of New York (2021)
US District Court, Southern District of New York (2014)